# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 6D2025-0371
Lower Tribunal No. 2023-CA-000447

—————————————————

SIBEL EDMONDS, individually and on behalf of E.E., a minor, and as Personal Representative of the ESTATE OF LEWIS EDMONDS,

Appellant,

v.

AVOW HOSPICE, INC.,

Appellee.

—————————————————

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

March 13, 2026

PER CURIAM.

AFFIRMED.  *See Joiner v. State*, 618 So. 2d 174, 176 (Fla. 1993) (holding that the defendant had waived his *Neil*[1] objection when he accepted the jury immediately prior to it being sworn without reserving his earlier objection); *Carratelli v. State*, 961 So. 2d 312, 318-19 (Fla. 2007) ("Although *Joiner* involved a *Neil* objection, district courts have applied it to jury selection issues in general,

---

[1] *State v. Neil*, 457 So. 2d 481, 486 (Fla. 1984).

including denial of cause challenges."); *Zack v. State*, 911 So. 2d 1190, 1204 (Fla. 2005) ("By not renewing the objection prior to the jury being sworn, it is presumed that the objecting party abandoned any prior objection he or she may have had and was satisfied with the selected jury."); *see also Disla v. Blanco*, 129 So. 3d 398, 402 (Fla. 4th DCA 2013) ("The trial court did not abuse its discretion in denying the challenge for cause.").

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.

Landis V. Curry, III, of Brannock Berman & Seider, Tampa, for Appellants.

Scott A. Cole and Francesca M. Stein, of Cole, Scott & Kissane, P.A., Miami, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED